No. 70–5062. CUNNINGHAM v. WARDEN, MARYLAND PENITENTIARY, 408 U. S. 938;

No. 70–5326. ARRINGTON v. MARYLAND, 408 U. S. 938;

No. 71–5008. BARTHOLOMEY v. MARYLAND, 408 U. S. 938;

No. 71–5192. TULL v. WARDEN, MARYLAND PENITENTIARY, 408 U. S. 939;

No. 71–5197. STRONG v. MARYLAND, 408 U. S. 939;

No. 71–5689. NACHBAUR v. HERMAN, 405 U. S. 931;

No. 71–6109. NEGRON v. AGNEW, STATE HOSPITAL DIRECTOR, 406 U. S. 968;

No. 71–6120. SHIELDS v. UNITED STATES, 406 U. S. 910;

No. 71–6137. GILMORE v. MARYLAND, 408 U. S. 940;

No. 71–6341. DIGGS v. UNITED STATES, 406 U. S. 952;

No. 71–6242. BRADLEY v. WINGO, WARDEN, 406 U. S. 915;

No. 71–6257. OWINGS v. SECRETARY OF THE AIR FORCE, 406 U. S. 926;

No. 71–6480. TILLI v. DAVIS ET AL., 407 U. S. 908. Motions for leave to file petitions for rehearing denied.

No. 71–183. AGUA CALIENTE BAND OF MISSION INDIANS ET AL. v. COUNTY OF RIVERSIDE, CALIFORNIA, 405 U. S. 933, 1033;

No. 71–5428. LIPSCOMB v. UNITED STATES, 404 U. S. 1021, 406 U. S. 911; and

No. 71–5531. LIPSCOMB v. WARDEN, ATLANTA PENITENTIARY, ET AL., 404 U. S. 1005, 1064. Motions for leave to file second petitions for rehearing denied.

No. 71–288. LAIRD, SECRETARY OF DEFENSE, ET AL. v. TATUM ET AL., 408 U. S. 1. Petition for rehearing denied.